In the Matter of the Administration, with the Will Annexed, of the Goods, Chattels and Credit of FRANCIS W. LASAK, Deceased.

(Argued June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 10, 1890, which affirmed an order made by the surrogate of the county of Westchester, appointing an administrator of the estate of Francis W. Lasak, deceased.

*E. L. Heydecker* for appellants.

*George G. Reynolds* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.